# <u>K</u>atzman & <u>K</u>atzman, PLLC
## A T T O R N E Y S   A T   L A W

June 1, 2018

**VIA CM/ECF**
United States District Court
Western District of Texas,
San Antonio Division
655 E. Cesar E. Chávez Blvd., Rm.# G65
San Antonio, Texas 78206

      Re:    *Gabriel Sanchez. v CPS Energy,* Civil Action No. SA-18-CV-00184-XR, In the United States District Court, Western District of Texas, San Antonio Division.

Dear Clerk:

    Please be advised that I and my wife, Shirley Katzman, SBN 00795461 will be on vacation and unavailable for hearings, settings, depositions, trials and any other event which would require a responsive pleading or our presence on the dates indicated.

- July 2, 2018 through July 23, 2018
- August 5, 2018 through August 18, 2018
- September 10, 2018 through September 11, 2018
- September 18, 2018 through September 19, 2018
- November 19, 2018 through November 23, 2018
- December 21, 2018 through January 4, 2019

    By copy of this letter, I have notified all counsel of record in the cases we currently have pending of our vacation schedule. Please call my office with any questions.

                Very truly yours,

                */s/ Alex Katzman*
                Alex Katzman
                SBN 00786939

AK\cv

___
21022 Gathering Oak    San Antonio, Texas 78260
Tel. (210) 979-7300    Fax (210) 979-7357    alex@katzmanandkatzman.com

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the above and foregoing has been served on the following via the Court's ECF system on this 1st day of June, 2018.

Christine E. Reinhard  
State Bar No. 24013389  
Shannon B. Schmoyer  
State Bar No. 17780250  
Delilah Lorenz Evans  
State Bar No. 24036991  
SCHMOYER REINHARD LLP  
17806 IH 10 West, Suite 400  
San Antonio, Texas 78257  
Phone: (210) 447-8033  
Fax: (210) 447-8036  
creinhard@sr-llp.com  
sschmoyer@sr-llp.com  
devans@sr-llp.com  

Attorneys for Defendant

                                                            _/s/Alex Katzman_____  
                                                            ALEX KATZMAN